UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN FAIR ASSOCIATES, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SRC FACILITIES LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A., a national banking association; UBS A.G., a Switzerland foreign stock corporation; SRC COMMERCIAL MORTGAGE TRUST 2003-A; Does 1-50, inclusive,,<br><br>Defendants. | Case No. 2:18-cv-01934-TLN-KJN<br><br>**ORDER RE: STIPULATION TO EXTENSION OF TIME TO RESPOND**<br><br>State Case Filed: June 4, 2018<br>Removal Date: July 12, 2018<br>Trial Date: Not Yet Set<br><br>Judge:     Troy L. Nunley |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadlines in the above-captioned action are extended as follows:

(1) The deadline for the Sears Defendants and UBS, and each of them, to respond to the complaint is extended to and including September 17, 2018.

(2) The deadline for AFA to amend its complaint without leave of court is extended to and including 21 days (inclusive) from the filing of any responsive pleading (including, but not limited to, a motion to dismiss under Federal Rule of Civil Procedure 12).

- 1 -

(3) The deadline for the parties to satisfy their obligations to meet and confer under Rule 26(f) is extended to and including October 11, 2018. As a result, the deadline for the parties to satisfy their initial disclosure obligations under Rule 26(a) is extended to and including October 25, 2018, consistent with Rule 26(a)(1)(C).

Dated: August 16, 2018

_____
Troy L. Nunley
United States District Judge