UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN FAIR ASSOCIATES, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SRC FACILITIES LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A., a national banking association; UBS A.G., a Switzerland foreign stock corporation; SRC COMMERCIAL MORTGAGE TRUST 2003-A; Does 1-50, inclusive,,<br><br>Defendants. | Case No. 2:18-cv-01934-TLN-KJN<br><br>**ORDER RE: STIPULATION TO EXTENSION OF TIME TO RESPOND**<br><br>State Case Filed: June 4, 2018<br>Removal Date: July 12, 2018<br>Amended Complaint Filed: September 27, 2018<br>Current Response Date: 10/11/18<br>New Response Date:    11/01/18<br><br>Trial Date: Not Yet Set<br><br>Judge:    Troy L. Nunley |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadlines in the above-captioned action are extended as follows:

(1) The deadline for all defendants to respond to the complaint is extended to and including November 1, 2018.

(2) The deadline for all parties to satisfy their respective initial disclosure obligations under Rule 26(a) is extended to and including November 9, 2018.

- 1 -

(3) The deadline for all parties to make their report to the Court outlining their discovery plan under Rule 26(f)(2) is extended to and including November 9, 2018.

Dated: October 15, 2018

_____
Troy L. Nunley
United States District Judge