UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN FAIR ASSOCIATES, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SRC FACILITIES LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A., a national banking association; UBS A.G., a Switzerland foreign stock corporation; SRC COMMERCIAL MORTGAGE TRUST 2003-A,<br><br>Defendants. | Case No. 2:18-cv-01934-TLN-KJN<br><br>**ORDER RE: STAY OF ACTIONS IN CASE AND FURTHER EXTENSION OF TIME TO RESPOND** |

On October 17, 2018, defendant Sears, Roebuck, and Company filed a Notice of Bankruptcy Filing and Imposition of Automatic Stay. (ECF No. 18.) On October 26, 2018, the parties filed a Stipulation for Stay of Actions in this Case and Further Extension of Time to Respond. (ECF No. 19.)

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. All actions in the above-captioned case are stayed for a period of six months.

2. The deadline for all defendants to respond to the complaint is extended to and including May 1, 2019.

3. The deadline for all parties to satisfy their respective initial disclosure obligations under

- 1 -

ORDER RE STAY OF ACTIONS IN CASE AND FURTHER EXTENSION OF TIME TO RESPOND 2:18-CV-01934-TLN-KJN

3295.011-2719157.1

Rule 26(a) is extended to and including May 9, 2019.

4. The deadline for all parties to make their report to the Court outlining their discovery plan under Rule 26(f)(2) is extended to and including May 9, 2019.

5. This stipulation is without prejudice to any of the stipulating parties seeking relief from stay in the Bankruptcy Case or later taking the position that the stay never applied to SRCF and/or UBS.

Dated: October 30, 2018

_____
Troy L. Nunley
United States District Judge