# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN FAIR ASSOCIATES, L.P., a California Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation; SRC FACILITIES LLC, a Delaware Limited Liability Company; WELLS FARGO BANK, N.A., a national banking association; UBS A.G., a Switzerland foreign stock corporation; SRC COMMERCIAL MORTGAGE TRUST 2003-A; Does 1-50, inclusive,,<br><br>Defendants. | Case No. 2:18-cv-01934-TLN-KJN<br><br>**STIPULATION AND ORDER RE: STAY OF ACTIONS IN CASE AND FURTHER EXTENSION OF TIME TO RESPOND**<br><br>State Case Filed: June 4, 2018<br>Removal Date: July 12, 2018<br>Amended Complaint Filed: September 27, 2018<br>Current Response Date: May 1, 2019<br>New Response Date: August 3, 2019<br>Trial Date: None set<br><br>Judge: Troy L. Nunley |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. All actions in the above-captioned case are stayed for an additional period of three months beginning May 1, 2019.

2. The deadline for all defendants to respond to the complaint is extended to and including August 2, 2019.

3. The deadline for all parties to satisfy their respective initial disclosure obligations under Rule 26(a) is extended to and including August 13, 2019.

4. The deadline for all parties to make their report to the Court outlining their discovery

plan under Rule 26(f)(2) is extended to and including August 13, 2019.

5. This stipulation is without prejudice to any of the stipulating parties seeking relief from stay in the Bankruptcy Case or later taking the position that the stay never applied to SRCF and/or UBS.

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge